IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI‘I

LAWRENCE FERREIRA,

Plaintiff,

vs.

FRANK BISIGNANO, Commissioner of Social Security,

Defendant.

Case No. 26-cv-00507-DKW-KJM

**ORDER GRANTING APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND COSTS[1]**

Plaintiff Lawrence Ferreira, proceeding with counsel, moves for leave to proceed without prepaying fees or costs (“IFP Application”) in this Social Security appeal. Dkt. No. 2.

Federal courts can authorize the commencement of any suit without prepayment of fees or security by a person who submits an affidavit that demonstrates an inability to pay. *See* 28 U.S.C. § 1915(a)(1). While Section 1915(a) does not require a litigant to demonstrate absolute destitution, *Adkins v. E.I. Du Pont de Nemours & Co*., 335 U.S. 331, 339 (1948), the applicant must nonetheless show that he is “unable to pay such fees or give security therefor,” 28 U.S.C. § 1915(a).

[1]Pursuant to Local Rule 7.1(c), the Court finds these matters suitable for disposition without a hearing.

Here, Ferreira has made the required showing under Section 1915(a). In the IFP Application, Ferreira states that he receives $460 per month in SNAP food stamps and $406 per month from the State of Hawaii General Assistance. Dkt. No. 2 at 1. His regular monthly expenses come to $205, and he owes $5,700 in back child support and $3,000 in credit card debt. *Id*. at 2. His only stated assets are $690 in a checking or savings account. *Id*.

In light of these figures, Ferreira's income falls below the poverty threshold identified by the Department of Health and Human Services' ("HHS") 2026 Poverty Guidelines,[2] and he has insufficient income and/or assets to pay the filing fee. *See Escobedo v. Applebees*, 787 F.3d 1226, 1234 (9th Cir. 2015). In addition, Ferreira has insufficient assets to provide security. Accordingly, the Court GRANTS the IFP Application, Dkt. No. 2.

IT IS SO ORDERED.

DATED: October 22, 2026 at Honolulu, Hawai'i.

/s/ Derrick K. Watson
Derrick K. Watson
Chief United States District Judge

---

Lawrence Ferreira v. Frank Bisignano; Civil No. 26-00507 DKW-KJM; **ORDER GRANTING APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND COSTS**

---

[2]HHS Poverty Guidelines, available at: https://aspe.hhs.gov/sites/default/files/documents/b1bfa16b20ae9b89d525bc35de7c1643/detailed-guidelines-2026.pdf.